FILED

2003 DEC 15 P 2: 19

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN RULE INSURANCE CO. | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:00CV1269 (SRU) |
| | : | |
| V. | : | |
| | : | |
| ROBERT GIOVANNI | : | |
| Defendant | : | December 9, 2003 |

### MOTION TO WITHDRAW APPEARANCE

The undersigned, Jacob Wieselman, hereby moves to withdraw his appearance as counsel of record for the Plaintiff in this matter. In support hereof, the undersigned represents that with the consent and approval of the Plaintiff, Attorney Sandra Snaden entered an appearance for, and has been acting on behalf of the Plaintiff in lieu of the undersigned. Wherefore, for the foregoing reason, the undersigned respectfully requests that his appearance be withdrawn.

THE PLAINTIFF,
GOLDEN RULE INSURANCE CO.

By _____
Jacob Wieselman
Rome McGuigan & Sabanosh
One State Street
Hartford, CT 06103
(860) 549-1000
Federal Bar No. CT00111

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class and postage prepaid, this 9th day of December, 2003 to:

Allan M. Cane, Esq.
325 Reef Road
Fairfield, CT  06430

_____
Jacob Wieselman

2