UNITED STATES DISTRICT COURT  **FILED**
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN RULE INSURANCE CO.<br>Plaintiff | : CIVIL ACTION NO. 2004 JAN 22 P 1: 28<br>3:00CV 1269 (SRU)<br>US DISTRICT COURT<br>BRIDGEPORT CT |
| V. | : |
| ROBERT GIOVANNI<br>Defendant | : JANUARY 21, 2004 |

## REQUEST TO EXTEND TIME TO FILE PRE-TRIAL MEMORANDUM

The undersigned, Allan M. Cane, counsel for the defendant, Robert Giovanni, in the above captioned matter, requests an extension of time within which to file the Pre-trial Memorandum due January 23, 2004 to February 6, 2004 and respectfully represents as follows:

1. That the original Pre-trial Order was received at the beginning of December, 2003.
2. That although attempts were made to collaborate with Attorney Jacob Weiselman, the undersigned counsel for the defendant, Robert Giovanni, was unable to and received, instead, a Motion to Withdraw Appearance by Attorney Jacob Weiselman, wherein he indicated that Attorney Sandra Snaden was to continue as counsel for the plaintiff, Golden Rule Insurance Company.
3. That the holiday season, of course, was rapidly approaching and the undersigned made inquiry of Attorney Weiselman as to the whereabouts of Attorney Sandra Snaden.
4. That Attorney Sandra Snaden responded on January 7, 2004 to the undersigned and indicated that she would be discussing the possibility of a joint Pre-trial Memorandum shortly.
5. That since that time, a proposed Pre-trial Memorandum was submitted to the undersigned by Attorney Sandra Snaden dated January 16, 2004 with a request that the undersigned counsel for

the defendant, Robert Giovanni, provide a blanket signature to said Pre-trial Memorandum.

6. The undersigned counsel for the defendant, Robert Giovanni, is reluctant to give a blanket signature and would request an extension to properly prepare a Joint Pre-trial Memorandum, which Attorney Sandra Snaden, on behalf of the plaintiff, Golden Rule Insurance Company, has agreed to do, and further has no objection to this Request.

Wherefore, it is respectfully requested that this Request for Extension of time to file Pre-trial Memorandum to February 6, 2004 be granted in all respects and such other and further relief as to this Court might seem just, proper and equitable in the premises.

THE DEFENDANT, ROBERT GIOVANNI,

BY _____
ALLAN M. CANE
Fed. Bar No. AC7735
325 Reef Road
Fairfield, CT 06430
Juris 08205 (203) 266-2515
(203) 255-6343 (facsimile)

## ORDER

The foregoing Request, having been heard, it is hereby GRANTED/DENIED and the date to file a Pre-trial Memorandum is hereby extended to February 6, 2004.

_____
Stefan R. Underhill
United States District Judge

## CERTIFICATION

      This is to certify that a copy of the foregoing has been telefaxed and mailed, postage prepaid, to the following parties:

Sandra L. Snaden, Esquire
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106-1566

Michael S. Lynch, Esquire
Bai, Pollock, Blueweiss & Mulcahey, P.C.
10 Middle Street
Bridgeport, CT 06604

ALLAN M. CANE