47

UNITED STATES DISTRICT COURT  FILED
DISTRICT OF CONNECTICUT

GOLDEN RULE INSURANCE CO.     : CIVIL ACTION NO. 2004 JAN 22  P 1: 28
    Plaintiff                                3:00CV 1269 (SRU)
                                                         US DISTRICT COURT
V.     :                                  BRIDGEPORT

ROBERT GIOVANNI
    Defendant                       : JANUARY 21, 2004

### REQUEST TO EXTEND TIME TO FILE PRE-TRIAL MEMORANDUM

        The undersigned, Allan M. Cane, counsel for the defendant, Robert Giovanni, in the above captioned matter, requests an extension of time within which to file the Pre-trial Memorandum due January 23, 2004 to February 6, 2004 and respectfully represents as follows:

1. That the original Pre-trial Order was received at the beginning of December, 2003.

2. That although attempts were made to collaborate with Attorney Jacob Weiselman, the undersigned counsel for the defendant, Robert Giovanni, was unable to and received, instead, a Motion to Withdraw Appearance by Attorney Jacob Weiselman, wherein he indicated that Attorney Sandra Snaden was to continue as counsel for the plaintiff, Golden Rule Insurance Company.

3. That the holiday season, of course, was rapidly approaching and the undersigned made inquiry of Attorney Weiselman as to the whereabouts of Attorney Sandra Snaden.

4. That Attorney Sandra Snaden responded on January 7, 2004 to the undersigned and indicated that she would be discussing the possibility of a joint Pre-trial Memorandum shortly.

5. That since that time, a proposed Pre-trial Memorandum was submitted to the undersigned by Attorney Sandra Snaden dated January 16, 2004 with a request that the undersigned counsel for

MOTION GRANTED.
SO ORDERED.
2004 JAN 29  A 10: 18