*Catucci, R.*

STATUS CONFERENCE HELD
DATE: 2/4/04

20 min.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Stefan R. Underhill, U. S. D. J.
915 Lafayette Boulevard
Bridgeport

February 4, 2004

4:30 p.m.

CASE NO. **3:00cv1269**   **Golden Rule v. Giovanni**

Allan M. Cane
325 Reef Rd.
Fairfield, CT 06430

Michael S. Lynch
Bai, Pollock, Blueweiss & Mulcahey
Park City Plaza
10 Middle Street PO Box 1978
Suite 820
Bridgeport, CT 06604

Sandra L. Snaden
Santos & Seeley
51 Russ St.
Hartford, CT 06106

Bench trial scheduled to start Oct. 4, 2004.
SRU

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK