UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN RULE INS. CO. | : | |
| | : | |
| v. | : | 3:00cv1269 (SRU) |
| | : | |
| ROBERT GIOVANNI | : | |

**SCHEDULING ORDER**

Pursuant to the telephone conference held on February 4, 2004, this case shall proceed as follows:

1. Joint pretrial memorandum shall be filed by **September 1, 2004**.

2. Bench trial shall commence on **October 4, 2004.**

It is so ordered.

Dated at Bridgeport this 5th day of February 2004.

        /s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge