UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* Amended (from 3/16/04) Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

April 29, 2004

2:30 p.m.

*Held*

*3 hours*

CASE NO. **3:00cv1269 (SRU)**    <u>Golden Rule Insurance vs. Robert Giovannni</u>

Allan M. Cane
325 Reef Rd.
Fairfield, CT 06430


Michael S. Lynch
Bai, Pollock, Blueweiss & Mulcahey
Park City Plaza
10 Middle Street PO Box 1978
Suite 820
Bridgeport, CT 06604


Sandra L. Snaden
Santos & Seeley
51 Russ St.
Hartford, CT 06106


*THE PREVIOUSLY ISSUED SETTLEMENT ORDER REMAINS IN EFFECT.

    THANKS.

                                         BY ORDER OF THE COURT
                                         KEVIN F. ROWE, CLERK