UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN RULE INSURANCE CO. : | CIVIL ACTION NO. |
|     Plaintiff                : |     3:00CV1269 (SRU) |
|                         : | |
| V.                        : | |
|                         : | |
| ROBERT GIOVANNI       : | |
|     Defendant            : |     JUNE 25, 2004 |

**MOTION FOR EXTENSION OF TIME *NUNC PRO TUNC***

The Plaintiff, Golden Rule Insurance Company, hereby requests an extension of time of fourteen days, until July 9, 2004, of the automatic dismissal date in this matter, which was June 22, 2004.  Although the dismissal date has already passed, the undersigned was informed by the Clerk's Office on June 24, 2004 that the case was not yet, in fact, dismissed.  In support if its request for an extension, the Plaintiff states as follows.

On April 29, 2004, the Plaintiff, the Defendant, Robert Giovanni, and the Third-Party Defendant, Ronald Shimko, participated in a settlement conference with Judge Garfinkel.  On that date, an agreement regarding settlement of the case was reached.  Pursuant to the agreement between the parties, the settlement monies were not to be paid to the Plaintiff by Giovanni and Shimko until June 15, 2004.  Giovanni and Shimko were to make separate payments to the Plaintiff on that date.

Thereafter, the court sent a notice to counsel acknowledging that the case had been reported as settled and instructing that the matter would be automatically dismissed on June 14,

2004 pursuant to Rule 41(b) if closing papers were not filed within thirty days of the case being reported settled.  Upon receipt of the notice, the undersigned counsel telephoned the Clerk's Office and explained that the dismissal date set by the court was before the date that the settlement monies were to be paid.  The undersigned requested that the dismissal date be changed to a date after June 15, 2004 in order to allow time for receipt of the funds and clearing of the checks.  The Clerk's Office arranged for a new dismissal date of June 22, 2004.

The extension of the June 22, 2004 dismissal date is requested because the Plaintiff has not yet received the settlement monies from Third-Party Defendant Ronald Shimko.[1]  The undersigned was informed on June 21, 2004 that the payment would be received on June 23, 2004, but to date, the monies have still not arrived.  The extension is necessary in order to avoid possible prejudice to the Plaintiff if the case were to be dismissed before the settlement is actually completed. The parties have drafted a Stipulation of Dismissal that the undersigned intends to file as soon as the two settlement checks have cleared.

Wherefore, for the foregoing reasons, the Plaintiff respectfully requests that the automatic dismissal date be extended, *nunc pro tunc*, until July 9, 2004.

                                                                            THE PLAINTIFF,
                                                                            GOLDEN RULE INSURANCE CO.

---

[1]   The payment from Robert Giovanni was received in a timely manner.

By  /s/_____
Sandra L. Snaden
Federal Bar No. ct 18586
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT  06106
Tel.: (860) 249-6548
Fax: (860) 724-5533
Email: ssnaden@santos-seeley.net

**CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed, first class and postage prepaid, this 25th day of June, 2004 to:

Allan M. Cane, Esq.
325 Reef Road
Fairfield, CT  06430

Michael S. Lynch, Esq.
Bai, Pollock, Blueweiss & Mulcahey, P.C.
10 Middle Street
Bridgeport, CT  06604

/s/_____
Sandra L. Snaden